IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCIENTIFIC IMAGE CENTER MANAGEMENT, LLC, | CIVIL ACTION |
| Plaintiff, | No. 04-0550 |
| v. | Judge Gary L. Lancaster |
| DOMINIC A. BRANDY, AKBAR G. MATADAR, and THE CENTER FOR COSMETIC SURGERY, P.C., | |
| Defendants. | |

## ORDER

AND NOW, to-wit, this ____ day of _____, 2006, upon submission and consideration of Defendants' Motion for Partial Reconsideration, Brief in Support thereof, and all other supporting documents, it is hereby ORDERED, ADJUDGED and DECREED that Defendants' Motion be and the same is hereby GRANTED, and Plaintiff's sixth cause of action for Misappropriation of Trade Secrets is hereby dismissed, with prejudice, as to all Defendants.

BY THE COURT:

_____, J.

AND NOW, THIS 14th DAY OF March 2006, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

/s/ Gary L. Lancaster
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE