

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCIENTIFIC IMAGE CENTER MANAGEMENT, LLC, | ) ) ) | CIVIL ACTION |
| | ) | No. 04-0550 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Judge Gary L. Lancaster |
| DOMINIC A. BRANDY, AKBAR G. MATADAR, and THE CENTER FOR COSMETIC SURGERY, P.C., | ) ) ) ) ) ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL

Pursuant to a Settlement Agreement, Plaintiff, SCIENTIFIC IMAGE CENTER MANAGEMENT, LLC, and Defendants, DOMINIC A. BRANDY, AKBAR G. MATADAR, and THE CENTER FOR COSMETIC SURGERY, P.C., through their undersigned counsel, hereby stipulate to the dismissal of this Action, with prejudice, pursuant to Fed.R.Civ. P. 41(a)(1). The Parties further agree to bear their own respective costs and attorneys' fees and that this Court retain jurisdiction to resolve all matters relating to this Action, including enforcement of the Settlement Agreement.

So ORDERED this 24 day of April, 2006.

BY THE COURT:

_____ J.

**ATTORNEYS FOR PLAINTIFF:**

*[signature]*

Anthony H. Handal, Esquire
Brown, Rudnick, Berlack, Israels
Seven Times Square
New York, NY 10036

Edward D. Klym, Esquire
Edward D. Klym & Associates
180 Fort Couch Road
Suite 265
Pittsburgh, PA 15241-1041

Arnold S. Weintraub
The Weintraub Group, P.L.C.
32000 Northwestern Highway
Suite 240
Farmington Hills, MI 48334

**ATTORNEYS FOR DEFENDANTS:**

*[signature]*

Steven W. Zoffer, Esquire
Joseph A. DiMenno, Esquire
Natasha L. Abel, Esquire
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222